UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| REBECCA ESCARCEGA,<br><br>*Plaintiff*,<br>v.<br><br>TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, and MARK YOSTEN,<br><br>*Defendants*. | § § § § § § § § § § § § § | EP-17-CV-00074-DCG |

### ORDER DISMISSING CASE

On August 7, 2017, the parties in the above-captioned case jointly filed a "Stipulation for Dismissal" (ECF No. 16), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therein, the parties stipulate that the above-captioned case is "dismissed with prejudice," with "[e]ach party to bear its own costs and fees."

Accordingly, **IT IS ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with all parties to bear their respective costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall **CLOSE** this case.

So ORDERED and SIGNED this __8__ day of August 2017.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE